2011 Ark. 340

**In re Kevin Harold LEWIS, Arkansas Bar No. 93019, Petitioner.**

No. 11–822.

Supreme Court of Arkansas.

Sept. 8, 2011.

### PER CURIAM.

On recommendation of the Supreme Court Committee on Professional Conduct, and in lieu of facing proceedings for serious misconduct, we hereby accept the voluntary surrender of the license of Kevin Harold Lewis of Little Rock to practice law in the State of Arkansas. The name of Kevin Harold Lewis shall be removed from the registry of licensed attorneys, and he is barred and enjoined from engaging in the practice of law in the State of Arkansas.

It is so ordered.